UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVE ELLIS KARACSON,

      Petitioner,                                        Case No. 20-cv-13100
                                                    Hon. Matthew F. Leitman

v.

DAVID SHAVER,

      Respondent.
_____/

## ORDER DENYING MOTION TO CORRECT CLERICAL ERROR (ECF No. 40)

Petitioner Steve Karascon has filed a motion to correct a claimed clerical error in an order entered by the Court on September 16, 2024 (ECF No. 36). The motion is **DENIED** because the order does not contain an error. Contrary to Karascon's motion, the Court correctly cited, as it intended to do, the decision of the United States Court of Appeals for the Sixth Circuit in the case of Pouncy v. Palmer. As the Court stated in its order, Karascon and counsel for Respondent shall be prepared to answer questions about that decision by the Sixth Circuit.

      **IT IS SO ORDERED.**

                                                            s/Matthew F. Leitman
                                                            MATTHEW F. LEITMAN
                                                            UNITED STATES DISTRICT JUDGE

Dated: October 2, 2024

   I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 2, 2024, by electronic means and/or ordinary mail.

                s/Holly A. Ryan
                Case Manager
                (313) 234-5126