UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVE ELLIS KARACSON,

    Petitioner,                               Case No. 20-cv-13100
                                               Hon. Matthew F. Leitman

v.

DAVID SHAVER,

    Respondent.
_____/

## JUDGMENT

The above-entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Opinion and Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DENIED,** a Certificate of Appealability is **GRANTED**, and leave to appeal *in forma pauperis* is **GRANTED**.

                                                                      KINIKIA ESSIX
                                                                      CLERK OF COURT

                                               By:    s/Holly A. Ryan
                                                                       Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  November 26, 2024
Detroit, Michigan